# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **CHARLES STAGNER,** | ) |
| Petitioner, | ) |
| v. | ) Case No.: 1:25-cv-00023-LCB-JHE |
| **D. YEAGER,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On May 22, 2025, the magistrate judge entered a Report and Recommendation (Doc. 16), recommending that the petition for writ of habeas corpus be denied as moot in part and dismissed in part. No objections have been filed. The Court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the Court hereby **ADOPTS and APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of this Court. (Doc. 16). The petition for writ of habeas corpus is due to be **DENIED AS MOOT in part** and **DISMISSED in part**. (Doc. 2). A separate Final Order will be entered.

**DONE** and **ORDERED** June 16, 2025.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE